**United States Bankruptcy Court**
**Central District Of California**

In re:
Ana Orpinela

CHAPTER NO.: 13
CASE NUMBER: 2:10-bk-53806-EC
DATE OF FILING: October 12, 2010

ENTERED DEC 13 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## CASE INITIATION ACTION NOTICE

**To:** Honorable Ellen Carroll
**From:** SONNY MILANO   **Ext:** 1485   **Date:** November 10, 2010

FILED
DEC - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within three (3) days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
  Case No: ___   Chapter ___
  Case No: ___   Chapter ___
  Case No: ___   Chapter ___
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
  Prior Case No. ___   Chapter ___   Date of Filing: ___
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
  Prior Case No. ___   Chapter ___   Date of Filing: ___
  District and division, if other than CAC ___
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☑ Other: Debtor's Non-Compliance with Case Commencement Deficiency Notice and Order to Comply.

*Please indicate your instructions and forward to your Courtroom Services team.*

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☒ Dismiss with 180 day restriction
- ☐ Dismiss without 180 day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: ___

Dated: 12/9/10
Revised 11/09

BY THE ORDER OF THE COURT:
_Ellen Carroll_
Honorable Ellen Carroll

# United States Bankruptcy Court
## Central District Of California

| In re:<br>Ana Orpinela | CHAPTER NO.: 13 |
|---|---|
|  | CASE NO.: 2:10-bk-53806 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☑ Summary of Schedules (Form B6). [Local Rule 1002-1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002-1(g)]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002-1]:

    Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: <u>October 12, 2010</u>

                                              **KATHLEEN J. CAMPBELL, CLERK OF COURT**

                                              By: <u>Bock Tom</u>
                                              **Deputy Clerk**

Case 2:10-bk-53806-EC    Doc 5    Filed 10/14/10    Entered 10/14/10 23:10:16    Desc
          Imaged Certificate of Service    Page 2 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: btomC              Page 1 of 1            Date Rcvd: Oct 12, 2010
Case: 10-53806                 Form ID: ccdn            Total Noticed: 1

The following entities were noticed by first class mail on Oct 14, 2010.
db           +Ana Orpinela,    14020 Anola St,    Whittier, CA 90604-1601

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2010            Signature:    *Joseph Speetjens*

| United States Bankruptcy Court<br>Central District Of California ||
|---|---|
| In re:<br>Ana Orpinela | CHAPTER NO.: 13 |
| | CASE NO.: 2:10-bk-53806 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b)
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B**
**Schedule C**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule A**
**Schedule G**
**Statement – Form 22C**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**
**Chapter 13 Plan**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the above-referenced documents and the proper number of copies [Local Bankruptcy Rule 1002-1]:

    Chapter 13    1 Original and 1 Copy

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

BY ORDER OF THE COURT
Dated: October 12, 2010

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: Bock Tom
Deputy Clerk

deforco – Revised 12/2009                                                                                                    1 / BTL

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: btomC            Page 1 of 1            Date Rcvd: Oct 12, 2010
Case: 10-53806                Form ID: deforco       Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 14, 2010.
db          +Ana Orpinela,   14020 Anola St,   Whittier, CA 90604-1601

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2010                    Signature: _____

**2:10-bk-53806-EC** Ana Orpinela
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Ellen Carroll
Date filed: 10/12/2010 **Date of last filing:** 10/18/2010

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | Cert. Credit Counseling | 10/12/2010 | 10/26/2010 | | | |
| 1 | Chapter 13 Plan | 10/12/2010 | 10/26/2010 | | | |
| 1 | Db Cert of Empl Income | 10/12/2010 | 10/26/2010 | | | |
| 1 | Declaration Re Sched | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule A | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule B | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule C | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule D | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule E | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule F | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule G | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule H | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule I | 10/12/2010 | 10/26/2010 | | | |
| 1 | Schedule J | 10/12/2010 | 10/26/2010 | | | |
| 1 | Statement - Form 22C | 10/12/2010 | 10/26/2010 | | | |
| 1 | Statistical Summary | 10/12/2010 | 10/26/2010 | | | |
| 1 | Stmt. of Fin. Affairs | 10/12/2010 | 10/26/2010 | | | |
| 1 | Summary of Schedules | 10/12/2010 | 10/26/2010 | | | |
| 1 | Incomplete Filings Due | 10/12/2010 | 10/26/2010 | | | |
| 2 | 341 Meeting | 10/12/2010 | 11/19/2010 at 11:00 AM | | | |
| 1 | Section 316 Incomplete Filings | 10/12/2010 | 11/29/2010 | | | |
| 2 | Confirmation Hearing | 10/12/2010 | 12/16/2010 at 01:30 PM | | | Carroll, Ellen |
| 2 | Objection to Confirmation | 10/12/2010 | 12/16/2010 at 01:30 PM | | | Carroll, Ellen |
| 2 | Objection 523 Complaint | 10/12/2010 | 01/18/2011 | | | |
| 2 | Proof of Claims Deadline | 10/12/2010 | 02/17/2011 | | | |
| 2 | Government Proof of Claim | 10/12/2010 | 04/11/2011 | | | |